UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 HARRIS MAYS,

    Defendant.

_____/

Case: 2:23-cr-20521
Judge: Borman, Paul D.
MJ: Patti, Anthony P.
Filed: 09-13-2023
IND SEALED MATTER (SS)

Violation:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of Ammunition*

On or about January 10, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Harris Mays, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant Harris Mays shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any ammunition involved in or used in any knowing violation of said offense, including but not limited to: 20 loose .308 caliber live rounds; one (1) box containing 20 live .308 caliber rounds; two (2) boxes containing 40 .308 Winchester caliber live rounds; 99 loose rounds of .40 caliber live rounds; one (1) box containing 20 .308 caliber live rounds; 8 loose .308 caliber live rounds.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Craig F. Wininger*
Craig F. Wininger
Chief, Violent & Organized Crime Unit

*s/ Terrence R. Haugabook*
Terrence R. Haugabook
Assistant United States Attorney

Dated: September 13, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:23-cr-20521<br>Judge: Borman, Paul D.<br>MJ: Patti, Anthony P.<br>Filed: 09-13-2023<br>IND SEALED MATTER (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: TRH |

**Case Title:** USA v. Harris Mays

**County where offense occurred:** Wayne

**Check One:**   ☑ Felony     ☐ Misdemeanor     ☐ Petty

    ✓ Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number:           ]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 13, 2023
_____
Date

*Terrence R. Haugabook* (signature)
Terrence R. Haugabook
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9157
Email: Terrence.Haugabook@usdoj.gov
Attorney Bar# P44554

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.