UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARRIS JAMES MAYS,

    Defendant.
_____/

Case No. 23-cr-20521
District Judge Paul D. Borman

**ORDER DENYING DEFENDANT'S MOTION TO AMEND/MODIFY BOND CONDITIONS TO ELIMINATE HOME CONFINEMENT AND GPS MONITORING**

**BACKGROUND**

On October 4, 2023, Defendant Harris Mays filed a Motion to Amend/Modify Bond Conditions. (ECF No. 13, PageID.33.)

Defendant was initially charged with being a Felon in Possession of Ammunition. The initial Pretrial Services Report (PSR) of April 6, 2023 recommended detention, because no condition or combination of conditions could reasonably assure the safety of the community. The PSR noted Mays' contacts with state authorities based on his criminal activity, and numerous warrants in 2000 and 2005 charging violations of probation, and new drug charges in 2005 after having pled guilty.

1

Most recently on September 13, 2023 Defendant was indicted for being a felon in possession of ammunition. (ECF No. 1.)

The updated Pretrial Services Report (PSR) again recommended detention finding that if released, no condition or combination of conditions could reasonably assure the safety of the community. (10/2/2023.) That October 2, 2023 Pretrial Services Report again concluded that Defendant should be detained.

Defendant has been released on conditions which the Court finds necessary to continue.

Accordingly, the Court DENIES Defendant's request to remove his release conditions: home confinement and GPS monitoring.

SO ORDERED.

DATED: October 26, 2023                    s/Paul D. Borman
                                           PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE